UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ELIZABETH LUCILE CANADY,**

   Plaintiff,

v.                                                    **No. 4:21-cv-1047-P-BJ**

**DR. KILOLO KIJAKAZI,** ACTING
COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION.

   Defendant.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 8. No objections were timely filed, and the Magistrate Judge's Recommendation is ripe for review. The undersigned reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge concludes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore **DENIES** Plaintiff's Motion to Proceed In Forma Pauperis. ECF No. 2. Further, per Federal Rule of Civil Procedure 41(b) and as noted in the Magistrate Judge's Recommendation, Plaintiff is **NOTIFIED** that the complaint will be subject to dismissal unless Plaintiff pays the necessary filing and administrative fees to the Clerk of Court within seven days after entry of this Order.

**SO ORDERED** on this **18th day** of **October, 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE